# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Brown, Debra M. | 2. Court or Organization<br><br>United States District Court - Northern District of MS | 3. Date of Report<br><br>08/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Federal Building
305 Main Street
Suite 329
Greenville, MS 38701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Phelps Dunbar LLP Retirement Plan with former law firm |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 08/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bar Associations of Washington County, Bolivar County, Leflore County and Coahoma County, MS | Robe 1 (warm weather) | $460.00 |
| 2. | Bar Associations of Washington County, Bolivar County, Leflore County and Coahoma County, MS | Robe 2 (cool weather) | $460.00 |
| 3. | Investiture Committee | Gavel with Sound Block - executive, engraved | $500.00 |
| 4. | Investiture Committee | Investiture ceremony invitations, decorations and food | $2,900.00 |
| 5. | Washington County, MS, Board of Supervisors | Use of Washington County Convention Center for investiture ceremony | $1,700.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bancorp South | Line of credit on Hinds County, Mississippi, rental property | L |
| 2. | Sallie Mae | Student loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Rental property, Hinds County, MS | D | Rent | M | W | | | | | |
| 2.  American Funds EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 3.  Invesco Mid Cap Core Equity Fund (Y) | | | | | | | | | |
| 4.  Invesco American Franchise Fund | A | Dividend | J | T | | | | | |
| 5.  John Hancock Small Company Growth Fund (Y) | | | | | | | | | |
| 6.  Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 7.  Fidelity Puritan Fund | B | Dividend | K | T | | | | | |
| 8.  Fidelity Freedom K Income Fund (Y) | | | | | | | | | |
| 9.  Fidelity Freedom K 2000 Fund (Y) | | | | | | | | | |
| 10.  Fidelity Freedom K 2010 Fund (Y) | | | | | | | | | |
| 11.  Fidelity Freedom K 2020 Fund (Y) | | | | | | | | | |
| 12.  Fidelity Spartan 500 Index Fund | C | Dividend | K | T | | | | | |
| 13.  PIMCO Total Return Fund | A | Dividend | K | T | | | | | |
| 14.  Wells Fargo Stable Value Fund | A | Dividend | K | T | | | | | |
| 15.  Bancorp South Accounts | A | Interest | M | T | | | | | |
| 16.  Suntrust Bank Accounts | A | Interest | M | T | | | | | |
| 17.  Magnolia Federal Credit Union Account | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Personal loan to Aurora Baugh, note receivable | A | Distribution | J | W | | | | | |
| 19. Nuveen Index Fund (X) | B | Dividend | J | T | | | | | |
| 20. Vanguard Institutional Index Fund (X) | B | Dividend | K | T | | | | | |
| 21. T. Rowe Price Retirement Balanced Fund (X) | C | Dividend | M | T | | | | | |
| 22. T. Rowe Price Retirement 2010 Fund (X) | B | Dividend | K | T | | | | | |
| 23. T. Rowe Price Retirement 2020 Fund (X) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 08/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part II, page 1, line 1:  The inclusion of this agreement was inadvertently omitted from my nomination report; let its inclusion in this report serve as an amendment to my nomination report.

2.  Part V, page 3, line 3:  The Investiture Committee was comprised of former law partners, local bar association representatives, and personal friends.

3.  Part V, page 3, line 4:  The Investiture Committee was comprised of former law partners, local bar association representatives, and personal friends.

4.  Part V, page 3, line 5:  The U.S. District Court for the Northern District of Mississippi was permitted to use the Washington County Convention Center without charge for the investiture ceremony by the Washington County Board of Supervisors.

5.  Part VII, page 4, lines 3, 5, 8-11:  Each asset marked as "(Y)" is one that in 2013 was exchanged out after the date of my nomination report.

6.  Part VII, page 4, lines 19-23:  Each asset marked as "(X)" is one that in 2013 was exchanged in after the date of my nomination report.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Debra M. | 08/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Debra M. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544